**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOLORES OTT,** | : | **Case No.** _____ |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, Midland Credit Management, Inc. ("Defendant"), hereby removes the above-captioned action to this Court. Removal is based on 28 U.S.C. § 1331 (federal question jurisdiction) and is authorized by 28 U.S.C. §§ 1441 (authorization of removal), and 1446 (procedure for removal). As grounds for removal, Defendant states as follows:

**I.      SUMMARY OF THE ALLEGATIONS IN THE COMPLAINT.**

1.      On or about November 11, 2025, Plaintiff, Dolores Ott ("Plaintiff") commenced an action in the Court of Common Pleas of Allegheny County (the "Action") by filing a Complaint in Civil Action wherein she asserted a series of claims against Defendant (the "Complaint"). A copy of the Complaint is attached hereto as **Exhibit A**.

2.      The Action is titled *Dolores Ott v. Midland Credit Management, Inc.* and is docketed with the Allegheny County Court of Common Pleas at Docket No. AR-25-008978 (the "State Court Action"). *See* Ex. A.

3.      In her Complaint, Plaintiff asserts that Defendant allegedly violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq* (the "FDCPA").

1

4.     As a result of these, and other alleged facts, Plaintiff requests judgment in her favor and against Defendant, and seeks entry of an award of monetary damages, within arbitration limits, "including an award for actual damages, statutory damages pursuant to 15 U.S.C. § 1692k(a), costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)." *Id*. at p.7.

5.     Defendant removes the Action pursuant to 28 U.S.C. §§ 1331(a) and 1446, which confer original jurisdiction over this action and permit Defendant to remove the Action from the Allegheny County Court of Common Pleas to this Court.

## II.     THE STATUTORY REQUIREMENTS FOR FEDERAL QUESTION JURISDCTION ARE MET.

6.     Plaintiff avers that Defendant violated the FDCPA.  *See* Ex. A, *generally*.

7.     The State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) because Count I (which is the only count in the Complaint) alleges that Defendant violated the FDCPA.

8.     Consequently, federal subject matter jurisdiction is proper pursuant to 28 U.S.C. § 1441.

## III.     REMOVAL PROCEDURE

9.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after Plaintiff served Defendant with the Complaint on or about November 18, 2025.

10.     A copy of the Complaint as received by Defendant is attached hereto as **Exhibit A**.

11.     A copy of the state court's docket sheet is attached hereto as **Exhibit B**.

12.     This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

13.     A copy of the Notice of Filing of Notice of Removal, which will be filed with the Allegheny County Court of Common Pleas and served on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d), is attached hereto as **Exhibit C**.

**IV.     CONCLUSION**

14.     Based on the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and the claims are properly removed to this Court under 28 U.S.C. §§ 1441 and 1446.

15.     By filing this Notice of Removal, Defendant does not waive, and expressly reserves, its rights to assert any and all defenses and/or objections to which it may be entitled.

16.     In addition, in the event that Plaintiff seeks to remand this case, or that this Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

**WHEREFORE**, Defendant, Defendant, Midland Credit Management, Inc., respectfully removes the Action now pending in the Court of Common Pleas of Allegheny County to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Michael P. Trainor*
Michael P. Trainor
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Tel. (215) 569-5668
michael.trainor@blankrome.com
*Attorneys for Defendant,*
*Midland Credit Management, Inc*

Dated: December 17, 2025

3

## **CERTIFICATE OF SERVICE**

I, Michael P. Trainor, hereby certify that on this 17th day of December 2025, a true and correct copy of the foregoing document was served upon the following individual via electronic and regular mail:

Dolores Ott
C/O J.P. Ward & Associates, LLC
Attn: Alexander D. DiBucci, Esq.
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
*Counsel for Plaintiff*

*/s/Michael P. Trainor*
Michael P. Trainor