**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOLORES OTT,** | : | *Electronically Filed* |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **Case No.: 2:25-cv-07372-CFK** |
| | : | |
| | : | |
| **MIDLAND CREDIT MANAGEMENT, INC,** | : | **District Judge Chad F. Kenney** |
| | : | |
| *Defendant.* | : | |

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

On behalf of the Plaintiff, Dolores Ott, and Defendant, Midland Credit Management, Inc, both parties and counsel consent to dismissal of the above matter. Both parties consent to being responsible for their own tax consequences and bear their own fees and costs.  Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii).

Dated: February 25, 2026

**J.P. WARD & ASSOCIATES, LLC:**

*/s/ Alexander C. DiBucci*
Alexander C. DiBucci, Esquire

201 S. Highland Ave., Ste 201
Pittsburgh, PA 15206
(412) 760-0329
adibucci@jpward.com
PA ID # 336800

*Counsel for Plaintiff*

**BLANK ROME LLP:**

*/s/ Michael P. Trainor*
Michael P. Trainor, Esquire

130 N. 18th Street, One Logan Square
Philadelphia, PA 19103
(215) 569-5685
mtrainor@blankrome.com
PA ID # 209299

*Counsel for Defendant*